IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EDDIE BERNARD BRATTON,            )
                                  )
        Petitioner,                )
                                  )   1:21-cv-949
    v.                            )   1:08-cr-43-1
                                  )
UNITED STATES OF AMERICA,         )
                                  )
        Respondent.               )

## ORDER

On January 14, 2022, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 94, 95.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 94), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. 93) is **DENIED,** and that this action is hereby, **DIMSSED WITHOUT PREJUDICE** to Petitioner promptly filing a corrected motion on the proper § 2255 forms. The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a

debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 29th day of March, 2023.

                                            /s/ William L. Osteen, Jr.
                                            United States District Judge